# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Mettler Toledo Rainin | 12/9/2022 | 266420 | Check | $ 3,256.10 |
| Akorn Operating Company, LLC | Mettler Toledo Rainin | 12/16/2022 | 266579 | Check | $ 2,247.31 |
| Akorn Operating Company, LLC | Mettler Toledo Rainin | 12/16/2022 | 266580 | Check | $ 297.63 |
| Akorn Operating Company, LLC | Mettler Toledo Rainin | 1/13/2023 | 266936 | Check | $ 4,106.61 |
| Akorn Operating Company, LLC | Mettler Toledo Rainin | 1/13/2023 | 266937 | Check | $ 1,602.78 |
| Akorn Operating Company, LLC | Mettler Toledo Rainin | 1/20/2023 | 267008 | Check | $ 6,354.95 |
| Akorn Operating Company, LLC | Mettler Toledo Rainin | 2/8/2023 | 267194 | Check | $ 4,769.55 |
| Akorn Operating Company, LLC | Mettler Toledo Rainin | 2/23/2023 | 267357 | Check | $ 274.75 |
| | | | | | $ 22,909.68 |