IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>METTLER TOLEDO RAININ,<br><br>Defendant. | Adv. Proc. No. 25- 50171 (KBO)<br><br>**Re: Adv. D.I. 1, 5** |

## STIPULATION TO EXTEND TIME

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George L. Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for the above-captioned defendants (the "Defendant"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendant on February 11, 2025 [Adv. D.I. 1] (the "Complaint").

2. On June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Less Than or*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

*Equal to $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. D.I. 5] (the "<u>Procedures Order</u>").

       3.      Pursuant to the Procedures Order ¶ 44, Plaintiff and Defendant hereby stipulate that all unexpired deadlines established by the Procedures Order are extended by fourteen (14) days.

Dated: July 14, 2025

| **SAUL EWING LLP** | **BERNSTEIN-BURKLEY, P.C.** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Gus Kallergis* |
| Evan T. Miller (DE Bar No. 5364) | Gus Kallergis (OH 0071557) |
| Paige N. Topper (DE Bar No. 6470) | 1360 East Ninth Street, Suite 1250 |
| 1201 N. Market Street, Suite 2300 | Cleveland, Ohio 44114 |
| Wilmington, DE 19801 | Telephone: (412) 456-8100 |
| Telephone: (302) 421-6800 | gkallergis@bernsteinlaw.com |
| evan.miller@saul.com | |
| paige.topper@saul.com | *Counsel for Defendant* |
| | |
| *Counsel for Plaintiff* | |